**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**OFFICE OF THE CLERK**
LLOYD D. GEORGE  FEDERAL
BUILDING & U.S. COURTHOUSE
333 SOUTH LAS VEGAS BLVD.
LAS VEGAS, NEVADA 89101
(702) 464-5400

Jake Herb
CHIEF DEPUTY, RENO

Lance S. Wilson
DISTRICT COURT EXECUTIVE/CLERK

Cynthia Jensen
CHIEF DEPUTY, LAS VEGAS

United States District Clerk
1100 Commerce, Room 1452
Dallas, TX 75242

Re:     2:05-cv-00873-BES-GWF (Mike Emke v. Compana, LLC, et al.,)

Dear Clerk of Court,

        Please be advised that the above entitled action has been transferred to the United States District
Court, Northern District of Texas. Enclosed you will find a copy of the transfer order.  This case is
available electronically through CM/ECF.  Please find the enclosed docket sheet and case documents on
CD. Please acknowledge receipt of this transfer on the enclosed duplicate of this letter.

                                LANCE S. WILSON, CLERK

August 1, 2006                                  By:_____/s/_____

                                                Deputy Clerk:   **Andrew Mennear**

Receipt acknowledged on:_____

By:_____

Assigned Case Number:_____

cc: All counsel of record